Urbahns v. The State.

---

No. 8724.

## URBAHNS v. THE STATE.

From the Porter Circuit Court.

J. E. Cass, D. V. Burns and C. S. Denny, for appellant.

D. P. Baldwin, Attorney General, J. W. Youche, Prosecuting Attorney, and W. W. Thornton, for the State.

WOODS, J.—Indictment for selling "one-half pint" of liquor to a minor. Under the ruling in Arbintrode v. The State, 67 Ind. 267, which case was followed in Grupe v. The State, 67 Ind 327, and Norris v. The State, 69 Ind. 416, each count in the indictment is bad.

Judgment reversed, with instructions to sustain the motion to quash.